No. 653. LOEW'S INCORPORATED ET AL. v. MILGRAM ET AL. C. A. 3d Cir. Certiorari denied. *Wm. A. Schnader, Bernard G. Segal* and *Abraham L. Freedman* for petitioners. *Albert M. Cohen* for respondents.

No. 524. CHEMICAL BANK & TRUST CO., TRUSTEE, v. GROUP OF INSTITUTIONAL INVESTORS;

No. 525. ALLEGHANY CORPORATION v. GROUP OF INSTITUTIONAL INVESTORS;

No. 526. MISSOURI PACIFIC RAILROAD COMPANY 5¼% SECURED SERIAL BONDHOLDERS COMMITTEE v. GROUP OF INSTITUTIONAL INVESTORS;

No. 527. FARWELL ET AL. v. GROUP OF INSTITUTIONAL INVESTORS; and

No. 528. MISSOURI PACIFIC RAILROAD CO. v. GROUP OF INSTITUTIONAL INVESTORS. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion that the petitions should be granted. MR. JUSTICE FRANKFURTER will file a memorandum with the Clerk. [See *post,* p. 982.] *Emmet McCaffery* for petitioner in No. 524. *Adrian L. Foley* and *Edmund O'Hare* for petitioner in No. 525. *William H. Biggs* for petitioner in No. 526. *Lucien Hilmer* for petitioners in No. 527. *Burton K. Wheeler* and *Robert G. Seaks* for petitioner in No. 528. *Charles W. McConaughy* for the Group of Institutional Investors; *Sanford H. E. Freund* for the Protective Committee for General Mortgage Bondholders; and *Leonard P. Moore* and *Clair B. Hughes* for the Manufacturers Trust Co., Trustee, respondents. Reported below: 191 F. 2d 265.

No. 582. MAXWELL v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *W. Harold Flowers* and *Ruth C. Flowers* for petitioner.